UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

Case No. 15-cr-233 PJS/FLN

v.

ORDER

Charles Lynch Pettis,

        Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 28, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant's motion to suppress evidence obtained by search and seizure (ECF No. 25) is **DENIED**.

DATED: 11/16/15

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge